# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT E. SNELBAKER,** : | |
| : | |
| Plaintiff | CIVIL ACTION NO. 3:12-2151 |
| : | |
| v. | |
| : | (MANNION, D.J.) |
| **CAROLYN W. COLVIN,** | (BLEWITT, M.J.) |
| **Acting Commissioner** : | |
| **of Social Security,** | |
| : | |
| **Defendant** | |
| : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Judge Blewitt's report and recommendation, (Doc. 10), is **ADOPTED IN ITS ENTIRETY**. Plaintiff's appeal of the decision of the Commissioner, (Doc. 1), is **DENIED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 13, 2014**